# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**BARBARA GRAVELY,**
**PAUL GRAVELY,**
**WILLIAM GRAVELY,**

     **Plaintiffs,**

**v.**                              **CASE NO. 5:05-cv-00191-AK**

**PIONEER HOUSING, INC.,**

     **Defendant.**

_____/

## O R D E R

     This matter is before the Court upon a Notice of Settlement filed by Defendant.

(Doc. 16).  The Clerk is hereby advised that this matter should be administratively

closed.

**DONE AND ORDERED** this **8**$^{th}$ day of February, 2006

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**